1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   CELTIC INTERNATIONAL, LLC,                    No.  2:14-cv-2158 TLN DAD

12            Plaintiff,

13        v.                                        ORDER

14   BNSF RAILWAY COMPANY,

15            Defendant.

16

17        On August 7, 2015, this matter came before the undersigned for hearing of defendant's

18   motion for a protective order.  Attorney Hillary Booth appeared telephonically on behalf of the

19   plaintiff and attorney Leslie McMurray appeared telephonically on behalf of the defendant.

20        Upon consideration of the arguments on file and at the hearing, and for the reasons set

21   forth on the record at the hearing, IT IS HEREBY ORDERED that defendant's motion for a

22   protective order (Dkt. No. 26) is denied.

23   Dated:  August 7, 2015

24

25

     _____
26   DALE A. DROZD
     UNITED STATES MAGISTRATE JUDGE
27   DAD6
     Ddad1\orders.civil\celtic2158.oah.080715.docx
28

                                              1