# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| CELTIC INTERNATIONAL, LLC, | ) CASE NO.: CV-14-02158-TLN-DAD |
| | ) |
| Plaintiff, | ) ASSIGNED TO THE HONORABLE |
| | ) JUDGE TROY L. NUNLEY |
| vs. | ) |
| | ) **ORDER ON** |
| | ) **STIPULATION TO CONTINUE** |
| BNSF RAILWAY COMPANY, | ) **EXPERT DISCLOSURE DATE** |
| | ) |
| Defendant. | ) |
| | ) |
| _____ | ) |

TO ALL PARTIES TO THIS ACTION AND TO THEIR COUNSEL OF RECORD:

The Court has reviewed the Stipulation of the parties and joint motion to continue the Expert Witness Disclosure Date. GOOD CAUSE APPEARING THEREFORE, the Court hereby orders that the Expert Witness Disclosure date in this matter is continued from September 30, 2015 to November 13, 2015.

**IT IS SO ORDERED.**

Dated: September 11, 2015

Troy L. Nunley
United States District Judge

ORDER ~2~