UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELTIC INTERNATIONAL, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BNSF RAILWAY COMPANY,<br><br>　　　　Defendants. | **No. 2:14-cv-02158-TLN-CKD**<br><br>**NOTICE OF RELATED CASE ORDER** |
| CELTIC INTERNATIONAL, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>J.B. HUNT TRANSPORT, INC.,<br><br>　　　　Defendants. | **No. 2:15-cv-01679-MCE-EFB** |

　　　This matter is before the Court pursuant to BNSF Railway Company's ("Defendant") Notice of Potentially Related Cases. (ECF No. 49.) Prior to filing its complaint against J.B. Hunt Transport, Inc. (JBHT), Celtic International LLC ("Plaintiff") filed a Motion for Leave to File First Amended Complaint in which they seek to add JBHT as an additional defendant in the suit.

1

(ECF No. 22.) BNSF Railway Company ("Defendant") has filed an opposition to Plaintiff's motion (ECF No. 24) and also filed a Motion for Summary Judgment (ECF No. 23) which Plaintiff opposes (ECF No. 33). All of these motions are currently pending before the Court and will be determined together in a pending Order.

Examination of the above-entitled actions reveals that they are related within the meaning of Local Rule 123(a) (E.D. Cal. 1997). The actions involve the same parties, are based on the same claims, the same event, the same questions of fact and the same questions of law, and would therefore entail a substantial duplication of labor if heard by different judges. Furthermore, the decision of this Court in the above mentioned motions may affect the outcome of the later filed case. Accordingly, the assignment of the matters to the same judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for the parties.

IT IS THEREFORE ORDERED that the action denominated 2:15-cv-01679-MCE-EFB is hereby reassigned to District Judge Troy L. Nunley and Magistrate Judge Carolyn K. Delaney for all further proceedings. Any dates currently set in the reassigned case are hereby VACATED. Henceforth, the caption on documents filed in the reassigned case shall be shown as: 2:15-cv-01679-TLN-CKD.

IT IS FURTHER ORDERED that the Clerk of Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment and issue.

Dated: December 18, 2015

Troy L. Nunley
United States District Judge