UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELTIC INTERNATIONAL, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BNSF RAILWAY COMPANY,<br><br>　　　　Defendant. | No. 2:14-cv-02158-TLN-CKD<br><br>**ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION TO CONTINUE THE EXPERT DISCLOSURE DATE** |

　　This matter is before the Court pursuant to Celtic International LLC's ("Plaintiff") Ex Parte Application to Continue the Expert Disclosure Date. (ECF No. 50.) BNSF Railway Company ("Defendant") has filed an opposition to Plaintiff's application. (ECF No. 51.) The Court has carefully considered Plaintiff's application and the arguments presented in Defendant's opposition. Given that Plaintiff's Motion for Leave to File First Amended Complaint (ECF No. 22), the related Defendant's Notice of Potentially Related Case (ECF No. 49), and Defendant's Motion for Summary Judgment (ECF No. 23) are currently under consideration by the Court and could affect the current scheduling order, the Court finds good cause to extend the expert disclosure deadline. Accordingly, the expert disclosure deadline is hereby continued from December 18, 2015 to January 28, 2016.

　　IT IS SO ORDERED.

Dated:  December 18, 2015

　　　　　　　　　　　　　　　　　　　　　Troy L. Nunley
　　　　　　　　　　　　　　　　　　　　　United States District Judge

1